FILED

OCT 17 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:24 CR 00391 |
| LAMONT HANKINS, ) | Title 18, United States Code, Section 656 |
| Defendant. ) | **JUDGE BRENNAN** |

COUNT 1
(Embezzlement, 18 U.S.C. 656)

The United States Attorney charges:

From in or around September 2021 through in or around December 2021, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant Lamont Hankins, being an employee of Victim 1, a bank whose accounts were then insured by the Federal Deposit Insurance Corporation, with intent to defraud and injure Victim 1, willfully misapplied, embezzled, abstracted, and purloined the sum of approximately $60,181.52 of the monies belonging to Victim 1, in that Defendant took for his own use Victim 1's cash, which was entrusted to Defendant's care and custody and held in the account of a deceased client of Victim 1, and concealed its absence during reconciliations of the deceased client's account, in violation of Title 18, United States Code, Section 656.

REBECCA C. LUTZKO
United States Attorney

By: _____
ELLIOT MORRISON
Chief, White Collar Crimes Unit